**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JESUS RANGEL-REYNEL,<br><br>                     Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, Attorney General of the United States, et al.,<br><br>                    Respondents. | Case No. C10-126-RSM<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Return and Motion to Dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondents' motion to dismiss (Dkt. No. 9) is GRANTED, and this action is DISMISSED with prejudice; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 12 day of July 2010.

                                     /s/ Ricardo S. Martinez
                                  RICARDO S. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1